FILED 10 JUL '25 10:47 USDC-ORP

Full name: Jacob Burgard
Address: 1015 6th St
Oregon City, OR 97045
Phone: 503.703.5957
E-mail: Kelliemor13@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Jacob Burgard

Case No.: 3:25-cv-1198-HZ

(List the full name(s) of the plaintiff(s)/petitioner(s))

v.

City of Oregon City, John Behan, Daniel Hanes, Sydney Oden, Denyse McGriff, Clackamas County

(List the full name(s) of the defendant(s)/respondent(s))

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, Jacob Burgard, ask the Court to request a pro bono attorney to represent me in this action.

I need an attorney in this case because (briefly explain why you need an attorney in this case):

We are a low income family. While my wife makes enough to support our basic needs, it not enough to help with legal fees. I have autism. An Attorney would help immensley as I struggle with communication and ~~they~~ organization under stress. I become overwhelmed easily and An Attorney would lesson the burden and strain on my disability.

To support this motion, I declare under penalty of perjury that the following information is true and correct:

1. When I filed this case (check the appropriate box):
   [X] I filed an IFP application in this case and it is still an accurate representation of my current financial status.

   [ ] I paid the filing fee for this case and did not file an IFP application.

   [ ] I did not pay the filing fee for this case and I did not file an IFP application (explain below):

   _____
   _____

2. I am requesting an attorney to represent me as a(n):
   ☒ Individual  ☐ Company (LLC, LLP, etc.)

3. I am currently incarcerated: ☐ Yes ☒ No  **If yes**, where are you currently incarcerated:
   _____

4. I contacted a lawyer, law firm, or legal clinic to try to obtain legal representation.
   ☒ Yes  ☐ No  **If yes**, list the lawyers, law firms, or clinics you contacted and their responses to your requests:
   Morgan and Morgan - wrong kind of lawyer
   Anna Sammons - was too busy with a large trial, unable to take our case.
   Albies & Stark - no response
   Johnston Law firm - unable to assist

5. I am currently employed (self or other): ☐ Yes ☒ No
   **If yes**, complete the following:
   Employer name: _____  Take home pay: $_____
   Employer address: _____  Per: ☐ Hour ☐ Week ☐ Month
   _____  Time on job: ____ ☐ Months ☐ Years

6. My significant-other is currently employed (self or other): ☒ Yes ☐ No ☐ N/A
   **If yes**, complete the following:
   Employer name: Self Employed      Take home pay: $ Per Client, Per Day
   Employer address: Hair Stylist.     Per: ☐ Hour ☐ Week ☐ Month
   _____  Time on job: ____ ☐ Months ☐ Years
   my wife

7. I received money from the following sources in the last 12 months (check all that apply):
   ☒ Business (professions, self-employment) in the amount of: $60,031 gross for 2024
   ☐ Rental properties, interest, or dividends in the amount of: $ projected similar
   ☐ Pensions, annuities, or life insurance in the amount of: $ for 2025
   ☐ Disability or workers compensation in the amount of: $
   ☐ Unemployment benefits in the amount of: $
   ☐ Other (describe): _____ in the amount of: $
   ☐ None of the above.

8. I own the following assets (check all that apply):
   ☐ Stocks (describe): _____ in the amount of: $
   ☒ Real estate (describe): the home I live in the amount of: $350,000
   ☐ Bonds (describe): _____ in the amount of: $
   ☐ Securities (describe): _____ in the amount of: $

☒ Automobiles (describe): 2009 Honda Van _____ valued at: $ 3,500 - maybe?
☐ Other (describe): _____ in the amount of: $_____
                    _____ in the amount of: $_____
                    _____ in the amount of: $_____
☐ None of the above.

9. I have money in the following accounts (check all that apply):
   ☒ Checking, total current balance of:                           $ 893
   ☐ Savings, total current balance of:                            $_____
   ☐ Certificate of Deposit (CD), total current balance of:        $_____
   ☐ Money Market, total current balance of:                       $_____
   ☐ Credit union, total current balance of:                       $_____
   ☐ Prison trust account, total current balance of:               $_____
   ☐ Other accounts (list all other accounts):
       ☐ _____ in the amount of: $_____
       ☐ _____ in the amount of: $_____
   ☐ None of the above.

10. I am financially responsible for the following monthly expenses (check all that apply):
    ☒ Rent/mortgage payments in the amount of:                     $ 1055.55
    ☒ Utilities in the amount of:                                  $ 471
    ☐ Child/spousal support in the amount of:                      $_____
    ☒ Credit card/loan payments in the amount of:                  $ 860
    ☒ Insurance (home, medical, auto) in the amount of:            $ 230
    ☐ Transportation/auto payments in the amount of:               $_____
    ☐ Other (list all other monthly expenses):
        ☐ _____ in the amount of: $_____
        ☐ _____ in the amount of: $_____
    ☐ None of the above.

11. I am financially responsible for the following dependents (if under age 18, use initials):

    Name or initials:     KB              Amount of monthly support: $_____
    Relationship to you:  Son             Age: 13

    Name or initials:     MB              Amount of monthly support: $_____
    Relationship to you:  daughter        Age: 9

    Name or initials:     _____         Amount of monthly support: $_____
    Relationship to you:  _____         Age: _____

    ☐ I am not financially responsible for any dependents.

## DECLARATION

1. I declare under the penalty of perjury that my answers to the foregoing questions are true and correct.

2. I understand that if I am assigned an attorney and my attorney learns, either from me or elsewhere, that I can afford an attorney, my attorney may give that information to the Court.

3. I understand that even if the Court grants this application, I will receive pro bono counsel only if an attorney volunteers to take my case, and that there is no guarantee that an attorney will volunteer to represent me.

4. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

Signature of Applicant: _Jacob Burgard_   Date: July 10 2025

Printed Name of Applicant: JACOB BURGARD