## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

Jacob Burgard,
Plaintiff,

v.

City of Oregon City, John Behan, Sydney Oden, Daniel Hanes, Denyse McGriff, Clackamas County,
Defendants.

**Case No. 3:25-CV-01198-AR**

**JOINT RULE 26(f) DISCOVERY PLAN AND REPORT**

### I. Rule 26(f) Conference

The parties held their Rule 26(f) conference by email on October 13, 2025. Participants: Jacob Burgard (Plaintiff pro se), Amanda J. Rockett (counsel for City of Oregon City and individually-named Defendants), and Sarah Foreman (counsel for Clackamas County Defendant). All parties participated in good faith and reached agreement on the matters below.

### II. Waiver of Initial Disclosures

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rules 26-1 and 26-2, the parties stipulate to waive initial disclosures and will proceed directly with discovery. Each party reserves the right to supplement disclosures as necessary under Rule 26(e).

### III. Discovery Plan and Schedule

| Event | Deadline |
| --- | --- |
| Rule 26(f) Conference Completed | October 13, 2025 |
| Joint Discovery Plan Filed | November 13, 2025 |
| Fact Discovery Cut-Off | March 31, 2026 |
| Plaintiff Expert Disclosures | April 30, 2026 |

| | |
|---|---|
| Defendant Expert Disclosures | May 31, 2026 |
| Expert Discovery Cut-Off | June 30, 2026 |
| Dispositive Motions (Summary Judgment) | August 1, 2026 |
| Pre-Trial Order / Trial Readiness | To be set by Court |

## IV. Alternative Dispute Resolution (ADR)

All parties agree it is premature to pursue ADR or mediation but will revisit the issue after initial discovery.

## V. Other Matters

No other issues require the Court's attention at this time.

Respectfully submitted,

Jacob Burgard
Jacob Burgard, Plaintiff Pro Se
1015 6th St, Oregon City, OR 97045
503-703-5957   kelliemor13@gmail.com

Amanda J. Rockett
Attorney for Defendants City of Oregon City and Individually-Named Defendants

 Sarah Foreman
Attorney for Defendant Clackamas County

## Certificate of Service

I hereby certify that on November, 5, 2025 , I served the foregoing Joint Rule 26(f) Discovery Plan and Report on all counsel of record by the Court's CM/ECF system.

Jacob Burgard